```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02303
   ROGER C BOWMAN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3427

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
        The case was filed on 02/09/2007 and was confirmed 06/06/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.20%.

        The case was dismissed after confirmation 06/11/2008.
---------------------------------------------------------------------------
   CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                  PAID          PAID
---------------------------------------------------------------------------
   MONTEREY FINANCIAL           SECURED              800.00         .00         729.96
   COUNTRYWIDE HOME LOANS       CURRENT MORTG       9783.48         .00        9783.48
   COUNTRYWIDE HOME LOANS       MORTGAGE ARRE      11451.25         .00            .00
   CODILIS & ASSOCIATES         NOTICE ONLY     NOT FILED           .00            .00
   COUNTRYWIDE HOME LOANS       NOTICE ONLY     NOT FILED           .00            .00
   TOYOTA MOTOR CREDIT CORP     SECURED VEHIC     15731.71       709.21        5013.43
   TOYOTA MOTOR CREDIT CORP     UNSECURED       NOT FILED           .00            .00
   IL STATE DISBURSEMENT UN     DSO ARREARS        6451.21           .00            .00
   THERESA HARRIS               NOTICE ONLY     NOT FILED           .00            .00
   AFNI                         UNSECURED       NOT FILED           .00            .00
   US CELLULAR                  NOTICE ONLY     NOT FILED           .00            .00
   CREDIT PROTECTION            UNSECURED       NOT FILED           .00            .00
   COMCAST                      NOTICE ONLY     NOT FILED           .00            .00
   ER SOLUTIONS INC             UNSECURED           491.60           .00            .00
   PREMIER BANCARD CHARTER      UNSECURED           501.15           .00            .00
   NICOR GAS                    UNSECURED          1780.85           .00            .00
   RECIEVABLE MAN               UNSECURED       NOT FILED           .00            .00
   RECEIVABLE MANAGEMENT IN     UNSECURED          1250.00           .00            .00
   RECIEVABLE MAN               UNSECURED       NOT FILED           .00            .00
   JEFFERSON CAPITAL SYSTEM     UNSECURED          1372.34           .00            .00
   VILLAGE OF BELLWOOD          UNSECURED       NOT FILED           .00            .00
   LISA DIXON                   NOTICE ONLY     NOT FILED           .00            .00
   CATHY EGESTON                NOTICE ONLY     NOT FILED           .00            .00
   PORTFOLIO RECOVERY ASSOC     UNSECURED          1635.43           .00            .00
   GMAC                         UNSECURED          9559.94           .00            .00
   ASSET ACCEPTANCE LLC         UNSECURED           294.68           .00            .00
   MONTEREY FINANCIAL           UNSECURED           403.21           .00            .00
   MONTEREY FINANCIAL           SECURED NOT I         .00            .00            .00
   MONTEREY FINANCIAL           UNSECURED             .00            .00            .00
   TIMOTHY K LIOU               DEBTOR ATTY       1,309.20                         .00
   TOM VAUGHN                   TRUSTEE                                        1,163.30
   DEBTOR REFUND                REFUND                                             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 02303 ROGER C BOWMAN
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             17,399.38

PRIORITY                                              .00
SECURED                                         15,526.87
    INTEREST                                       709.21
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,163.30
DEBTOR REFUND                                         .00
                    ---------------          ---------------
TOTALS              17,399.38                   17,399.38
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 09/24/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE